UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE, BY THE UNITED STATES POSTAL INSPECTION SERVICE, OF THE PROPERTY LISTED IN <u>ATTACHMENT A</u> | CASE NO. MC21-047-RSL<br><br>***SECOND* ORDER EXTENDING GOVERNING CAFRA DEADLINES PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Second Stipulation and Request the Court Extend Governing CAFRA Deadlines Pursuant to 18 U.S.C. § 983(a)(3)(A)*. In light of the Parties' agreement, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court ORDERS:

1. The Civil Asset Forfeiture Reform Act (CAFRA) deadline governing the administrative claims filed to the property listed in <u>Attachment A</u>, which the Court previously extended to July 19, 2021, is HEREBY FURTHER EXTENDED to **October 17, 2021**.

*Second* Order Extending Governing CAFRA Deadlines - 1
*In the Matter of the Seizure, by USPIS, of the Property Listed in <u>Attachment A</u>*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 14th day of July, 2021.

*signature*
THE HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

 /s Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov
*Counsel for the United States*


 /s Boris Petrenko
BORIS PETRENKO
Petrenko Law Firm
700 112th Avenue NE, Suite 300
Bellevue, Washington 98004
(425) 223-5637
boris@petrenkolaw.com
*Counsel for Claimants*

*Second* Order Extending Governing CAFRA Deadlines - 2
*In the Matter of the Seizure, by USPIS, of the Property Listed in* Attachment A

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT A

1. $152,631 in U.S. Currency / 21-USP-000398
2. $6,320 in U.S. Currency / 21-USP-000407
3. $69,456 in U.S. Currency / 21-USP-000409
4. $158,201 in U.S. Currency / 21-USP-00414
5. $94 in U.S. Currency / 21-USP-000416
6. 13 USPS Money Orders Totaling $12,000 / 21-USP-000418
7. 33 USPS Money Orders Totaling $16,010 / 21-USP-000419
8. 1 MoneyGram Money Order in the Amount of $800 / 21-USP-000420
9. 5 Rouses Supermarket Money Orders Totaling $5,000 / 21-USP-000421
10. 2 Fidelity Express Money Orders Totaling $990 / 21-USP-000422
11. 15 USPS Money Orders Totaling $14,500 / 21-USP-000423
12. 13 Western Union Money Orders Totaling $11,900 / 21-USP-000424
13. A Mossberg Shotgun, Serial No. AF0013955 / 21-USP-000425
14. A Century Arms Rifle, Serial No. RAS47061541 / 21-USP-000426
15. A Marlin Rifle, Serial No. MM1949S3 / 21-USP-000427
16. A Bushmaster Rifle, Serial No. SRD014365 / 21-USP-000428
17. A Glock Handgun, Serial No. ZFE208 / 21-USP-000429
18. A Kimber Aegis Handgun, Serial No. PB0093892 / 21-USP-000430
19. A Smith & Wesson Rifle, Serial No. TH03456 / 21-USP-000431
20. An FNH Rifle, Serial No. FN1221059 / 21-USP-000432
21. A Glock Handgun, Serial No. BBVT020 / 21-USP-000433
22. A Smith & Wesson Handgun, Serial No. NCZ9001 / 21-USP-000434
23. A Smith & Wesson Handgun, Serial No. KEZ7281 / 21-USP-000435
24. A Smith & Wesson Handgun, Serial No. JET3934 / 21-USP-000436
25. 1 La Nacional Money Order in the Amount of $1,000 / 21-USP-000447
26. $12,000 in U.S. Currency / 21-USP-000519
27. 1 Cashier's Check in the Amount of $80,000 / 21-USP-000520
28. A 2016 Nissan Titan, VIN No 1N6BA1F47GN512502 / 21-USP-000523
29. A 2018 Mercedes GLS, VIN No. 4JGDF7FE0JB069056 / 21-USP-000524
30. A 2020 Mercedes G-550, VIN No. W1NYC7HJ7LX363352 / 21-USP-000526
31. 29 Pieces of Jewelry Valued at $14,450 / 21-USP-000533
32. Miscellaneous Jewelry Valued at $16,867 / 21-USP-000535
33. Stainless Steel Rolex GMT Master II / 21-USP-000538

*Second* Order Extending Governing CAFRA Deadlines - 3
*In the Matter of the Seizure, by USPIS, of the Property Listed in* Attachment A

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970