UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE, BY THE UNITED STATES POSTAL INSPECTION SERVICE, OF THE PROPERTY LISTED IN <u>ATTACHMENT A</u> | CASE NO. MC21-047-RSL<br><br>***THIRD* ORDER EXTENDING GOVERNING CAFRA DEADLINES PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Third Stipulation and Request the Court Extend Governing CAFRA Deadlines Pursuant to 18 U.S.C. § 983(a)(3)(A).* In light of the Parties' agreement, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court ORDERS:

1.  The Civil Asset Forfeiture Reform Act (CAFRA) deadline governing the administrative claims filed to the property listed in <u>Attachment A</u>, which the Court previously extended to October 17, 2021, is HEREBY FURTHER EXTENDED to **January 15, 2022**.

*Third* Order Extending Governing CAFRA Deadlines - 1
*In the Matter of the Seizure, by USPIS, of the Property Listed in <u>Attachment A</u>*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO ORDERED.

2

3  DATED this 15th day of October, 2021.

4

5

6

7  THE HON. ROBERT S. LASNIK

8  United States District Court Judge

9

10

11

12

13  Presented by:

14

15  /s/ Michelle Jensen
   MICHELLE JENSEN

16  Assistant United States Attorney
   United States Attorney's Office

17  700 Stewart Street, Suite 5220

18  Seattle, WA 98101
   (206) 553-2619

19  Michelle.Jensen@usdoj.gov

20  Counsel for the United States

21

22

23  /s/ Boris Petrenko

24  BORIS PETRENKO
   Petrenko Law Firm

25  700 112th Avenue NE, Suite 300
   Bellevue, Washington 98004

26  (425) 223-5637

27  boris@petrenkolaw.com
   Counsel for Claimants

28

*Third* Order Extending Governing CAFRA Deadlines - 2
*In the Matter of the Seizure, by USPIS, of the Property Listed in* *Attachment A*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTACHMENT A

1. $152,631 in U.S. Currency / 21-USP-000398
2. $6,320 in U.S. Currency / 21-USP-000407
3. $69,456 in U.S. Currency / 21-USP-000409
4. $94 in U.S. Currency / 21-USP-000416
5. 13 USPS Money Orders Totaling $12,000 / 21-USP-000418
6. 33 USPS Money Orders Totaling $16,010 / 21-USP-000419
7. 1 MoneyGram Money Order in the Amount of $800 / 21-USP-000420
8. 5 Rouses Supermarket Money Orders Totaling $5,000 / 21-USP-000421
9. 2 Fidelity Express Money Orders Totaling $990 / 21-USP-000422
10. A Mossberg Shotgun, Serial No. AF0013955 / 21-USP-000425
11. A Century Arms Rifle, Serial No. RAS47061541 / 21-USP-000426
12. A Marlin Rifle, Serial No. MM1949S3 / 21-USP-000427
13. A Bushmaster Rifle, Serial No. SRD014365 / 21-USP-000428
14. A Glock Handgun, Serial No. ZFE208 / 21-USP-000429
15. A Kimber Aegis Handgun, Serial No. PB0093892 / 21-USP-000430
16. A Smith & Wesson Rifle, Serial No. TH03456 / 21-USP-000431
17. An FNH Rifle, Serial No. FN1221059 / 21-USP-000432
18. A Glock Handgun, Serial No. BBVT020 / 21-USP-000433
19. A Smith & Wesson Handgun, Serial No. NCZ9001 / 21-USP-000434
20. A Smith & Wesson Handgun, Serial No. KEZ7281 / 21-USP-000435
21. A Smith & Wesson Handgun, Serial No. JET3934 / 21-USP-000436
22. A 2016 Nissan Titan, VIN No 1N6BA1F47GN512502 / 21-USP-000523
23. A 2018 Mercedes GLS, VIN No. 4JGDF7FE0JB069056 / 21-USP-000524
24. A 2020 Mercedes G-550, VIN No. W1NYC7HJ7LX363352 / 21-USP-000526
25. 29 Pieces of Jewelry Valued at $14,450 / 21-USP-000533
26. Stainless Steel Rolex GMT Master II / 21-USP-000538

*Third* Order Extending Governing CAFRA Deadlines - 3
*In the Matter of the Seizure, by USPIS, of the Property Listed in Attachment A*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970